**FILED**

NOV - 7 2011

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO ARZATE MIRANDA,<br><br>                Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                Respondents. | Civil No.   11-2002 BEN (WMc)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** |

       On August 29, 2011, Petitioner, a federal prisoner, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 together with a motion to proceed in forma pauperis. (*See* ECF No. 1.) On September 2, 2011, the motion to proceed in forma pauperis was denied, and the case was dismissed without prejudice and with leave to amend, because Petitioner had enough money in his trust account to pay the $5.00 filing fee. (*See* ECF No. 3.) Petitioner was instructed that if he wished to proceed with this case, he had until November 7, 2011, to either pay the $5.00 filing fee or submit adequate proof of his inability to pay the fee. (*Id.*)

       On September 19, 2011, Petitioner submitted a motion to proceed in forma pauperis in which he explained that he had sent two separate $5.00 checks to the Court to comply with the Court's September 2, 2011, Order. (*See* ECF No. 7.) Unfortunately, the Court has learned the funds were routed to Petitioner's criminal case (*United States v. Miranda*, 07-CR-0556 DMS) and returned to him because that case is closed.

Because it appears Petitioner can still afford the filing fee[1] and has not paid the $5.00 filing fee, the Court has no choice but to again **DENY** the motion to proceed in forma pauperis and **DISMISS** the case without prejudice and with leave to amend. In order to proceed with this case, Petitioner must, **no later than January 9, 2012**, pay the $5.00 filing fee. *Petitioner is advised to reference this case number when he submits the filing fee.*

**IT IS SO ORDERED.**

DATED: November 25, 2011

HON. ROGER T. BENITEZ
United States District Court Judge

---

[1] In support of his motion, Petitioner has submitted proof of payment of the $5.00 filing fee, which includes a trust account statement reflecting a balance of $43.12.