2012 JUN -1 AM 9:31

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO ARZATE MIRANDA,<br><br>                                Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                                Respondents. | Civil No.  11-2002 BEN (WMc)<br><br>**ORDER:**<br><br>**(1) DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY**<br><br>**(2) DENYING REQUEST FOR DE NOVO REVIEW BY DISTRICT JUDGE**<br><br>[Docket No. 38] |

Presently before the Court is Petitioner's Request for Certificate of Appealability. (Docket No. 38.) Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 was previously denied by the Court. (Docket No. 36.) Petitioner now requests (1) a certificate of appealability, and (2) de novo review by a district judge.

First, 28 U.S.C. § 2253(c)(1) provides:

> Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from—
> (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court; or
> (B) the final order in a proceeding under section 2255.

"[A]n appeal from an order denying a 28 U.S.C. § 2241 petition that is not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a *State court*"

does not require a certificate of appealability under § 2253(c)(1). *Forde v. U.S. Parole Comm'n*, 114 F.3d 878, 879 (9th Cir. 1997) (emphasis added). Here, Petitioner is currently serving his sentence in the United States Penitentiary Big Sandy, in Inez, Kentucky. Because he is a federal prisoner, the certificate of appealability is **DENIED** as unnecessary. *See id.*

Second, Petitioner requests de novo review by a district judge, arguing that (1) he was "never given a notice of the district[] court['s] final judgment after remand," and (2) "relief under 2255 is not applicable to ground 4 of this writ of habeas corpus." (Request for Certificate of Appealability, at 2.) The Petition was disposed of by a district judge, not a magistrate judge, making this request moot. Moreover, the reasons for Petitioner's request for de novo review are unpersuasive. Accordingly, Petitioner's request for de novo review by a district judge is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED: 6/01/2012

HON. ROGER T. BENITEZ
United States District Court Judge